RICHARD GEER, JR., an Infant, by RICHARD GEER, His Guardian ad Litem, and RICHARD GEER, Respondents, v. RICKUS, INC., and Others, Defendants; INTERNATIONAL LUMBER CORP., Appellant.— Order on reargument, denying appellant's motion to compel plaintiff to serve a further bill of particulars, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

HEATING AND PLUMBING FINANCE CORPORATION, Respondent, v. CAROLINE FRANK, Defendant; CHARLES FRANK and CARFRA REALTY CORPORATION, Appellants.— Action to set aside alleged fraudulent conveyances of real property by a judgment debtor. Amended judgment unanimously affirmed, with costs. This court makes the following additional finding of fact: That premises 81 Montgomery Street, Valley Stream, New York, were conveyed by defendant Caroline Frank to defendant Charles Frank and by defendant Charles Frank to defendant Carfra Realty Corporation, and that premises 268 West Merrick Road, Freeport, New York; the unimproved lot on Forest Avenue, Rockville Centre, New York; and the unimproved lot on Sunrise Highway, Massapequa, New York, were conveyed by defendant Caroline Frank to defendant Carfra Realty Corporation with actual intent to hinder, delay, and defraud the creditors of Caroline Frank, including the plaintiff; and that said Carfra Realty Corporation was formed for the purpose of taking conveyances of said premises from, and now holds the same for, the benefit of said Caroline Frank. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

GRIFFITHA E. HILL, Appellant, v. MENTCAP REALTY COMPANY, INC., Respondent.— Order granting defendant's motion to compel plaintiff to serve an amended complaint separately stating and numbering her alleged causes of action, affirmed, with ten dollars costs and disbursements, such complaint to be served within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.